In the Matter of the Claim of GERTRUDE WELZ, Respondent, against MARKEL SERVICE, INC. et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.

Argued June 6, 1946; decided October 17, 1946.

*Charles P. Barre* for appellants.

*Maurice Hellman* and *Norman Berlin* for respondent.

Order affirmed, with costs; no opinion.

Concur: LEWIS, CONWAY, DYE and FULD, JJ. LOUGHRAN, Ch. J., DESMOND and THACHER, JJ., dissent and vote to reverse and dismiss the claim on the ground that the board's findings against claimant were supported by substantial proof.